

FILED

NOV 19 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  NICHOLAS M. FOGG
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )  2:12-CR-0308-DAD
                                    )
11         Plaintiff,                )  Order Vacating Status Conference,
                                    )  Setting a Change of Plea, and
12                                   )  Excluding Time Under Local Code
                                    )  T4
13    v.                             )
                                    )
14 SAMANTHA N. GABEL; SUSAN J.      )
   COOPER; AND TAYARI A. RICO       )  DATE:  December 11, 2012
15                                   )  TIME:  10:00 a.m.
           Defendants.               )  JUDGE: Dale A. Drozd
16 _____)

17
       It is hereby ordered that the Status Conference for
18
   defendant Susan J. Cooper, set for November 20, 2012, is VACATED.
19
   It is further ordered that a Change of Plea and Sentencing
20
   hearing is set for December 11, 2012 at 10 a.m.  Time is excluded
21
   from today's date through December 11, 2012 under Local Code T4,
22
   as the Court finds that the ends of justice served by granting
23
   this continuance outweigh the best interests of the public and
24
   the defendant in a speedy trial.
25
       IT IS SO ORDERED.
26
   Dated: November 19, 2012
27
                                    _____
28                                   HON. DALE A. DROZD
                                    United States Magistrate Judge