McGREGOR W. SCOTT
United States Attorney
CHRISTOPHER S. HALES
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-cr-00308-DAD |
| Plaintiff, | MOTION AND [~~Proposed~~] ORDER TO CORRECT THE NAME OF PAYEE FOR RESTITUTION IN JUDGMENT PURSUANT TO RULE 36 |
| v. | |
| SAMANTHA N. GABEL, SUSAN J. COOPER, and TAYARI A. RICO, | |
| Defendants. | |

The United States, by and through its undersigned attorney, hereby moves this court for an order to correct an inadvertent clerical error in the defendants' judgment pursuant to Federal Rule of Criminal Procedure 36.

Rule 36 authorizes the correction of "[c]lerical mistakes in judgments, orders or other parts of the record and errors in the record arising from oversight or omission . . . at any time . . . " Fed. R. Crim. P. 36.

Defendant Susan J. Cooper was sentenced on December 11, 2012. The Judgment and Commitment Order has the Name of Payee for restitution as the Clerk of the Court. The Restitution Ordered totals

1

1  $1,594.16. (Doc 36) The Name of Payee should be corrected from "Clerk
2  of the Court" to "Wells Fargo Bank NA" and "Citibank." The
3  restitution ordered for Wells Fargo Bank NA is $863.71, for which the
4  defendant is solely liable. (Doc. 36, at 4). The restitution ordered
5  for Citibank is $730.45, for which the defendant is joint and
6  severally liable with co-defendant Samantha N. Gabel. (Id.)

7  Defendant Tayari A. Rico was sentenced on December 11, 2012. The
8  Judgment and Commitment Order has the Name of Payee for restitution
9  as "Clerk of the Court." The Restitution Ordered totals $797. (Doc
10 37) The Name of Payee should be corrected to "Wells Fargo Bank NA."

11 Defendant Samantha N. Gabel was sentenced on December 19, 2012.
12 The Judgment and Commitment Order has the Name of Payee for
13 restitution as "Clerk of the Court." The Restitution Ordered totals
14 $9,872.52. (Doc 43) The Name of Payee should be corrected to
15 "Citibank." The defendant is solely liable for $9,142.07. The
16 defendant is joint and severally liable with co-defendant Susan J.
17 Cooper for the amount of $730.45, as noted above. (Id. at 5).

18 Restitution is intended to make the victim whole. Correcting a
19 clerical error pursuant to Rule 36 to change the Name of Payee in
20 the Judgment and Commitment Orders would allow compensation to reach
21 the actual victims in this case. The proposed correction to the
22 judgment does not affect the amount of money that was ordered to be
23 paid, it simply makes a correction by naming the proper
24 victims/payee rather than the Clerk of the Court.
25 ///
26 ///
27 ///
28 ///

Accordingly, the Judgment should be corrected to reflect the Names of Payees and Restitution Ordered as follows:

**Susan J. Cooper**:

| Name of Payee | Restitution Ordered |
| --- | --- |
| Wells Fargo Bank NA | $863.71 |
| Citibank | $730.45 |

**Tayari A. Rico**:

| Name of Payee | Restitution Ordered |
| --- | --- |
| Wells Fargo Bank NA | $797 |

**Samantha N. Gabel**:

| Name of Payee | Restitution Ordered |
| --- | --- |
| Citibank | $9,872.52 |

DATED: September 10, 2019  McGREGOR W. SCOTT
United States Attorney

 /s/ Michele Beckwith for_
CHRISTOPHER S. HALES
Assistant U.S. Attorney

## [Proposed] ORDER

It is hereby ordered that the Names of the Payees for restitution ordered shall be corrected as set forth above. The addresses for each victim will be provided by the United States to the Clerk of the Court.

IT IS SO ORDERED.

Dated: September 17, 2019.

HON. EDMUND F. BRENNAN
Chief U.S. Magistrate Judge